**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.*, | ) | |
| **KATHERINE KEATON;** | ) | |
| | ) | **Case No.  22-cv-00055-LTS-MAR** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CEREBRAL, INC.,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **CEREBRAL MEDICAL GROUP, P.A.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff/Relator to the captioned civil action, by and through her undersigned counsel of record and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this civil action against Defendants Cerebral, Inc. and Cerebral Medical Group, P.A., without prejudice.  The United States of America has indicated its consent to this voluntary dismissal.

Respectfully submitted,

**ROUSE LAW PC**

**By:**    *s/Ward A. Rouse*
Ward A. Rouse, IA #AT0006841
4940 Pleasant Street
West Des Moines, IA 50266
(515) 223-9000
wardrouse@rouselaw.us

**BRADY & ASSOCIATES**

By:    *s/Michael F. Brady*
             Michael F. Brady, KS #18630
             2118 W. 120th Street
             Leawood, KS  66209
             (913) 696-0925
             brady@mbradylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2023 the above and foregoing was filed with the Clerk of the Court which notified all parties of record via electronic mail.

*s/Ward A. Rouse*
Ward A. Rouse